J. D. Steele, plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Cirucit Court for the County of Walton.

Writ of Error dismissed on motion of the Attorney General.

*S. K. Gillis* for Plaintiff in Error;

*Rivers Buford,* Attorney General, for the State.

———————

F. A. Wildman et al., Plaintiffs in Error, v. James Highsmith etc., Defendants in Error.

Writ of Error to the Circuit Court for the County of Dade.

Wri of Error dismissed on motion of counsel for Plaintiffs in Error.

*Payne & McElya,* for Plaintiffs in Error.

*Shutts & Bowen,* for Defendants in Error.

———————

Jacobus Bros. & Co., plaintiff in error, v. Winter Haven Mercantile co., defendant in error.

A Writ of Error to the Circuit Court for the County of Polk.

Writ of Error dismissed by order of the Court.

*A. Summerlin,* for Plaintiff in Error;

*L. C. Johnson,* for Defendant in Error.

---

Laura W. Crozier, Appellant, v. J. F. Ange, Appellee.

An Appeal from the Circuit Court for the County of St. Lucie.

Appeal dismissed on motion of counsel for Appellant;

*Fred Fee,* for Appellant;

*Dickinson & Dickinson* and *Parker & Thomas,* for Appellee.

---

R. E. Wheeler, Plaintiff in Error, v. B. H. Barnett et al., Defendants in Error.

A Writ of Error to the Circuit Court for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiff in Error.

*John E. Matthews,* for Plaintiff in Error;